United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE R. OLSON, ) <br> ) CIVIL NO. C08-5003RJB <br> Plaintiff, ) <br> ) ORDER FOR EXTENSION OF <br> vs. ) TIME TO FILE OPENING BRIEF <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before May 2, 2008, Defendant's Answering Brief shall be filed on or before June 2, 2008, and Plaintiff's Reply Brief shall be filed on or before June 16, 2008.

DATED this 22nd day of April, 2008.

*/s/ J. Kelley Arnold*_____
J. Kelley Arnold
United States Magistrate Judge

Presented by:

S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [«F494»] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226